Case 3:22-cv-00183   Document 53   Filed on 12/02/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 02, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JAZZALYNN MCMURRIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:22-cv-00183 |
| | § | |
| M.D. ANDERSON SERVICES CORPORATION, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On September 30, 2024, the court referred The University of Texas MD Anderson Cancer Center's motion for summary judgment, Dkt. 46, to United States Magistrate Judge Andrew M. Edison pursuant to 28 U.S.C. § 636(b)(1), Dkt. 47. Judge Edison filed a memorandum and recommendation on November 15, 2024, recommending the court grant the motion. Dkt. 51.

The parties have not filed objections to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's memorandum and recommendation, Dkt. 51, is approved and adopted in its entirety as the holding of the court; and

(2) Defendant The University of Texas MD Anderson Cancer Center's Motion for Summary Judgment, Dkt. 46, is granted.

Signed on Galveston Island this 2nd day of December, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE